

Michael Rowan
Phone: (609) 452-5029
Fax: (609) 452-6105
mrowan@saul.com
www.saul.com
Our File: 361719.00010

October 2, 2015

**VIA ECF**

Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals for the Second Circuit
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

      Re:   *McGowan v. United States of America, et al.*
             Docket No.: 15-1786-cv

Dear Ms. Wolfe:

      This firm represents defendant Core Services Group, Inc. d/b/a Community First Services, Inc. ("Community First"). Pursuant to my telephone conversation with your office, I write to confirm that Community First will not be filing a brief in this matter. As Plaintiff/Appellant Daniel McGowan ("Plaintiff") correctly states in his brief, the District Court dismissed all claims against defendants the United States of America and Tracy Rivers (collectively, "USA") and, after doing so, declined to exercise supplemental jurisdiction over the claims against Community First. *See* Plaintiff's Brief at 5, n. 1. Plaintiff's appeal therefore is directed only to his claims against the USA, and not to his claims against Community First. Indeed, on page 2 of Addendum A to Form C, Plaintiff stated "[t]his appeal does not address the claims against Community First Services, Inc. and Core Service Group, Inc."

      Thank you for your attention to this matter.

                                        Respectfully,

                                        /s/ Michael Rowan
                                        Michael Rowan

cc:   David B. Rankin, Esq. (via ECF)
       Alexander Reinert, Esq. (via ECF)
       Elliott Schachner, Esq. (via ECF)

Marc A. Citron - Princeton Managing Partner
650 College Road East, Suite 4000 ♦ Princeton, NJ 08540-6603 ♦ Phone: (609) 452-3100 ♦ Fax: (609) 452-3122

1073609.1    DELAWARE    MARYLAND    MASSACHUSETTS    NEW JERSEY    NEW YORK    PENNSYLVANIA    WASHINGTON, DC
A DELAWARE LIMITED LIABILITY PARTNERSHIP